United States District Court
Southern District of Texas
**ENTERED**
July 28, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LEOPOLDO MENDOZA-GOMEZ, | § § § § | |
| Plaintiff, | § | |
| v. | § § | CASE NO. 4:19-CV-4742 |
| UNION PACIFIC RAILROAD COMPANY, | § § § § | |
| Defendant. | § | |

# FINAL JUDGMENT

Pending before the Court is Plaintiff Leopoldo Mendoza-Gomez's ("Plaintiff's") Motion for Judgment on the Pleadings, **(Instrument No. 26)**, and Union Pacific Railroad Company's ("Defendant's") Motion for Summary Judgment, **(Instrument No. 30)**. For the reasons stated in this Court's Order of July 27, 2021, Plaintiff's Motion is **DENIED** and Defendant's Motion is **GRANTED**.

**THIS IS A FINAL JUDGMENT.**

The Clerk shall enter this Order and provide a copy to all parties.

**SIGNED** on this the 27th day of July, 2021, at Houston, Texas.

**VANESSA D. GILMORE**
**UNITED STATES DISTRICT JUDGE**